UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE MARTINKO,
    an individual,

CONTENDER'S TREE AND LAWN SPECIALISTS, INC.,
    a Michigan Corporation,

MICHAEL LACKOMAR,
    an individual,

WENDY LACKOMAR,
    an individual,

and

JERRY FROST,
    an individual,

    Plaintiffs,

v.

GRETCHEN WHITMER, in her official capacity as
Governor of the State of Michigan,

    Defendant.

_____/

Case: 2:20-cv-10931-BAF-MJH

Hon. Bernard A. Friedman
U.S. District Judge

Hon. Michael J. Hluchaniuk
U.S. Magistrate Judge

## **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF JERRY FROST WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JERRY FROST, by and through his counsel, hereby seeks a voluntary dismissal of all of his claims against Defendant without prejudice and without costs. Defendant has not been served and has not filed an answer or a motion.

1

2

                                                  Respectfully submitted,

Date:  April 17, 2020                    /s/  *David C. Helm*
                                                  HELM LAW
                                                  By: DAVID C. HELM (P-75022)
                                                  Attorney for Plaintiffs
                                                  598 N. Mill St.
                                                  Plymouth, MI 48170
                                                  (248) 679-8804
                                                  (248) 667-7802 fax
                                                  David@HelmLawPC.com