UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE MARTINKO,
    an individual,

CONTENDER'S TREE AND LAWN SPECIALISTS, INC.,
    a Michigan Corporation,

MICHAEL LACKOMAR,
    an individual,

WENDY LACKOMAR,
    an individual,

and

JERRY FROST,
    an individual,

        Plaintiffs,

v.

GRETCHEN WHITMER, in her official capacity as
Governor of the State of Michigan,

        Defendant.
_____/

Case: 2:20-cv-10931-BAF-MJH

Hon. Bernard A. Friedman
U.S. District Judge

Hon. Michael J. Hluchaniuk
U.S. Magistrate Judge

**ORDER OF DISMISSAL**

Having reviewed Plaintiff, Jerry Frost's Notice of Voluntary Dismissal,

IT IS HEREBY ORDERED that Plaintiff Jerry Frost is hereby dismissed from the above cause of action without prejudice and without costs.

This order does not close the case and does not resolve all pending claims.

_____
Hon. Bernard A. Friedman
United States District Judge