UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE MARTINKO, et al.,

          Plaintiffs,

v.

Case Number 20-cv-10931
Honorable Bernard A. Friedman

GRETCHEN WHITMER,

          Defendant.

_____/

## **CORRECTED** <br> **ORDER OF DISMISSAL OF PLAINTIFF JERRY FROST**

Having reviewed Plaintiff, Jerry Frost's Notice of Voluntary Dismissal, [ECF No. 3].

IT IS HEREBY ORDERED that Plaintiff Jerry Frost is hereby dismissed from the above cause of action without prejudice and without costs.

This order does not close the case and does not resolve all pending claims.

Dated: April 22, 2020
      Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge