UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVE MARTINKO, an individual;
CONTENDER'S TREE AND LAWN SPECIALISTS, INC., a Michigan Corporation; MICHAEL LACKOMAR, an individual; WENDY LACKOMAR, an individual; and JERRY FROST, an individual,

      Plaintiffs,

v

GRETCHEN WHITMER, in her official capacity as Governor for the State of Michigan,

      Defendant.

No. 2:20-cv-10931

HON. BERNARD A. FRIEDMAN

MAG. MICHAEL J. HLUCHANIUK

**APPEARANCE**

---

David C. Helm (P75022)
Attorney for Plaintiffs
598 N. Mill Street
Plymouth, MI  48170
248.679.8804
David@HelmLawPC.com

Joseph T. Froehlich (P71887)
Joshua Booth (P53847)
Christopher Allen (P75329)
John Fedynsky (P65232)
Assistant Attorneys General
MI Dep't of Attorney General
Attorneys for Defendant
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573
froehlichj1@michigan.gov
boothj2@michigan.gov
allenc28@michigan.gov
fedynskyj@michigan.gov

   /

## APPEARANCE

John Fedynsky, Assistant Attorney General for the State of Michigan, hereby enters his appearance as counsel for Defendant, Gretchen Whitmer, in the above cause.

Respectfully submitted,

Dana Nessel
Attorney General


/s/ *John Fedynsky*
John Fedynsky
Assistant Attorney General
Attorney for Defendant
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573
fedynskyj@michigan.gov
P65232

Dated:  April 24, 2020

## CERTIFICATE OF SERVICE

I certify that on April 24, 2020, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

/s/ *John Fedynsky*
John Fedynsky
Assistant Attorney General
Attorney for Defendant
State Operations Division
