UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE MARTINKO, et al.,

    Plaintiffs,                                      Civil Action No. 20-CV-10931

vs.                                               HON. BERNARD A. FRIEDMAN

GRETCHEN WHITMER,

    Defendant.
_____/

## **JUDGMENT**

The Court has issued an opinion and order in this matter granting defendant's motion to dismiss. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiffs.

                                                           DAVID J. WEAVER
                                                           CLERK OF COURT

                                                           By: Johnetta M. Curry-Williams
                                                                Deputy Clerk

Approved: s/Bernard A. Friedman
                 BERNARD A. FRIEDMAN
                 SENIOR U.S. DISTRICT JUDGE

Dated: June 5, 2020